UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 07-50097-01 |
| VERSUS | * | JUDGE HICKS |
| MICHAEL WALKER<br>    Defendant | * | MAGISTRATE JUDGE HORNSBY |

AND

SHREVEPORT FEDERAL CREDIT UNION
ITS SUCCESSORS AND ASSIGNS
    Garnishee

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on June 6, 2014, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of account number 15340008 containing $25.05 and account number 15340108 containing $56,385.58.

On May 21, 2014, the defendant, through his representative, Zelda Tucker, was notified of his right to a hearing. A hearing was requested to determine exempt property. By Order of the Court filed June 30, 2014, defendant was ordered to file a memorandum in support of his claimed exemptions no later than July 15, 2014, to which plaintiff was to respond to by July 25, 2014. Upon review of the briefs, the court would determine the need

for a hearing. Defendant did not file a brief. The parties represent to the Court that they reached an agreement as to the garnishment amount. Defendant has abandoned his request for hearing.

IT IS ORDERED that pursuant to 28 U.S.C. §3205 and 15 U.S.C. §1673(a) Garnishee, and its successors or assigns, pay into the hands of the United States Attorney, the sum of $42,000.00 from the accounts of defendant in the possession or under the control of garnishee, Shreveport Federal Credit Union.

Payment to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: June 9, 2016   By:_____
United States Magistrate Judge